UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

-------------------------------------------------------------

Jane Doe,                                            :
                                                     :
                                    *Plaintiff*,     :
                                                     :
                                    v.               :
                                                     :
The El Paso County Hospital District; Tracy          :
Yellen; David Osborn; Laura Ponce; Jose Luna;        :     **Civil Action No. 3:13-cv-00406 (DB)**
William Hanson; Nicolas Gonzalez; Monica             :
Salaiz-Narvaez; the University Medical Center        :
of El Paso; Michael Parsa; Christopher Cabanillas;   :
United States Customs and Border Protection          :
Chief Juan Quiñones; United States Customs and       :
Border Protection Agent Felix Castro; United         :
States Customs and Border Protection Agent           :
Gilbert Arciero; United States Customs and           :
Border Protection Agent Portillo; and United         :
States Customs and Border Protection                 :
Agent Herrera,                                       :
                                                     :
                                    *Defendants*.    :

-------------------------------------------------------------

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), the requirements of said

Rule having been met, Plaintiff hereby dismisses her action with prejudice against the following

parties only:

THE EL PASO COUNTY HOSPITAL DISTRICT;

TRACY YELLEN;

DAVID OSBORN;

LAURA PONCE;

JOSE LUNA;

WILLIAM HANSON;

NICOLAS GONZALEZ;

MONICA SALAIZ-NARVAEZ;

THE UNIVERSITY MEDICAL CENTER OF EL PASO;

MICHEAL PARSA;

CHRISTOPHER CABANILLAS.

Respectfully Submitted,

_____/S/_____

Adriana Piñon
Texas State Bar No. 24089768
apinon@aclutx.org

Rebecca L. Robertson
Texas State Bar No. 00794542
rrobertson@aclutx.org

AMERICAN CIVIL LIBERTIES UNION
  OF TEXAS
1500 McGowen Street, Suite 250
Houston, Texas 77004
Telephone No.: (713) 942-8146
Facsimile No.: (713) 942-8966

Alexandra Smith
New Mexico State Bar No: 15651
asmith@aclu-nm.org

AMERICAN CIVIL LIBERTIES UNION
  OF NEW MEXICO
P.O. Box 566
Albuquerque, New Mexico 87103
Telephone No.: (505) 266-5915
Facsimile No.: (505) 266-5916

Laura Schauer Ives
New Mexico State Bar No: 12463
lsi@civilrightslawnewmexico.com

KENNEDY KENNEDY & IVES, LLC
1000 Second Street NW
Albuquerque, NM 87102

Dated: July 07, 2014                    *Counsel for Plaintiff*

2

**CERTIFCATE OF SERVICE**

I hereby certify that on July 7, 2014, I served a copy of the foregoing notice of dismissal

via the Electronic Case Filing system upon counsel for Defendants listed below:

Lisa Leontiev
Assistant United States Attorney
Western District of Texas
700 East San Antonio Ave., Suite 200
El Paso, TX 79901

Manuel Romero
Civil Division Chief & Assistant County Attorney
500 E. San Antonio
5th Floor, Suite 503
El Paso, TX 79901

Richard A. Bonner
Kemp Smith LLP
221 N. Kansas, Suite 1700
El Paso, TX 79901

_____/S/_____
Adriana Piñon