IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | EP-13-CV-406-DCG |
| | § | |
| UNITED STATES CUSTOMS AND | § | |
| BORDER PROTECTION AGENT | § | |
| JUAN QUINONES, *et al.*, | § | |
|     Defendants. | § | |

## JOINT REPORT ON MEDIATION

Pursuant to the Court's Order Requiring the Parties to Participate in Alternative Dispute Resolution Proceedings, Plaintiff, Jane Doe, by and through her attorneys of record, and the United States, by and through the United States Attorney for the Western District of Texas, (hereinafter referred to collectively as the "Parties"), submit their Report regarding the outcome of the mediation.

The Parties concluded court-ordered mediation before former Magistrate Judge Leslie Smith in Las Cruces, New Mexico, on April 18, 2016. The Parties were able to resolve all the issues against the United States and all federal defendants, named or unnamed, in the above captioned action, and are in the process of finalizing the settlement documents.

The Parties shared the mediation expenses proportionately.

                                          Respectfully submitted,

                                          **RICHARD L. DURBIN, JR.**
                                          UNITED STATES ATTORNEY

                                          /s/ Magdalena G. Jara
                                          **MAGDALENA G. JARA**
                                          Assistant United States Attorney
                                          Texas State Bar No. 10573100
                                          **PAUL L. LEE**
                                          Assistant United States Attorney

Illinois State Bar No. 6201486
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6884
Facsimile: (915) 534-3490
*Attorneys for Defendants*

**AND**

/s/ Edgar Saldivar
**EDGAR SALDIVAR**
Texas State Bar No. 24038188
**ADRIANA PINON**
Texas State Bar No. 24089768
**REBECCA L. ROBERTSON**
Texas State Bar No. 00794542
American Civil Liberties Union of Texas
1500 McGowen Street, Suite 250
Houston, TX 77004
Telephone No. (713) 942-8146
Facsimile No. (713) 942-8966
*Attorneys for Plaintiff*

/s/ Alexandra Freedman Smith
**ALEXANDRA FREEDMAN SMITH**
New Mexico State Bar No. 15651
**MARIA MARTINEZ SANCHEZ**
New Mexico State Bar No. 126375
**KRISTEN G. LOVE**
California State Bar No. 274779
American Civil Liberties Union of New Mexico
P.O. Box 566
Albuquerque, NM 87103
Telephone No. (505) 266-5915
Facsimile No. (505) 266-5916
*Attorneys for Plaintiff*

/s/ Laura Schauer Ives
**LAURA SCHAUER IVES**
New Mexico State Bar No. 12463
Kennedy Kennedy & Ives, LLC
1000 2nd St., N.W.
Albuquerque, NM 87102
Telephone No. (505) 266-5915
Facsimile No. (505) 266-5916
*Attorney for Plaintiff*