IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-13-CV-406-DCG |
| | § | |
| UNITED STATES CUSTOMS AND | § | |
| BORDER PROTECTION AGENT | § | |
| JUAN QUINONES, *et al.*, | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Jane Doe, and Defendants, Chief Michael Brady, Watch Commander Arnoldo Gomez, Director Hector Mancha, Chief Juan Quinones, Supervisory Customs and Border Protection Officer Felix Castro, Supervisory Customs and Border Protection Officer Gilberto Arciero, Customs and Border Protection Officer Alicia Portillo, Customs and Border Protection Officer Veronica Perez (Herrera), Customs and Border Protection Officer Juan Lujan, in their individual and official capacities, and the United States of America, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-styled action with prejudice.

Respectfully submitted,

/s/ Kristen G. Love
**KRISTEN G. LOVE**
California State Bar No. 274779
American Civil Liberties Union of New Mexico
P.O. Box 566
Albuquerque, NM 87103
Telephone No. (505) 266-5915
Facsimile No. (505) 266-5916
*Attorney for Plaintiff*

/s/ Alexandra Freedman Smith
**ALEXANDRA FREEDMAN SMITH**
New Mexico State Bar No. 15651
American Civil Liberties Union of New Mexico
P.O. Box 566
Albuquerque, NM 87103
Telephone No. (505) 266-5915
Facsimile No. (505) 266-5916
*Attorney for Plaintiff*


/s/ Maria Martinez Sanchez
**MARIA MARTINEZ SANCHEZ**
New Mexico State Bar No. 126375
American Civil Liberties Union of New Mexico
P.O. Box 566
Albuquerque, NM 87103
Telephone No. (505) 266-5915
Facsimile No. (505) 266-5916
*Attorney for Plaintiff*


/s/ Edgar Saldivar
**EDGAR SALDIVAR**
Texas State Bar No. 24038188
American Civil Liberties Union of Texas
1500 McGowen Street, Suite 250
Houston, TX 77004
Telephone No. (713) 942-8146
Facsimile No. (713) 942-8966
*Attorney for Plaintiff*


/s/ Adriana Piñon
**ADRIANA PIÑON**
Texas State Bar No. 24089768
American Civil Liberties Union of Texas
1500 McGowen Street, Suite 250
Houston, TX 77004
Telephone No. (713) 942-8146
Facsimile No. (713) 942-8966
*Attorney for Plaintiff*

/s/ Rebecca L. Robertson
**REBECCA L. ROBERTSON**
Texas State Bar No. 00794542
American Civil Liberties Union of Texas
1500 McGowen Street, Suite 250
Houston, TX 77004
Telephone No. (713) 942-8146
Facsimile No. (713) 942-8966
*Attorney for Plaintiff*

/s/ Laura Schauer Ives
**LAURA SCHAUER IVES**
New Mexico State Bar No. 12463
Kennedy Kennedy & Ives, LLC
1000 2nd St., N.W. Albuquerque, NM 87102
Telephone No. (505) 266-5915
Facsimile No. (505) 266-5916
*Attorney for Plaintiff*

**RICHARD L. DURBIN, JR.**
UNITED STATES ATTORNEY

/s/ Magdalena G. Jara
**MAGDALENA G. JARA**
Assistant United States Attorney
Texas State Bar No. 10573100
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Phone: (915) 534-6555
Facsimile: (915) 534-3490
*Attorney for United States of America*

**RICHARD L. DURBIN, JR.**
UNITED STATES ATTORNEY

/s/ Paul L. Lee
**PAUL L. LEE**
Assistant United States Attorney
Illinois State Bar No. 6201486
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Phone: (915) 534-6555
Facsimile: (915) 534-3490
*Attorney for United States of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| JANE DOE,<br>    Plaintiff, | § § § | |
| v. | § § | EP-13-CV-406-DCG |
| UNITED STATES CUSTOMS AND<br>BORDER PROTECTION AGENT<br>JUAN QUINONES, *et al.*,<br>    Defendants. | § § § § § | |

## ORDER OF DISMISSAL

COME NOW Plaintiff, Jane Doe, and Defendants, Chief Michael Brady, Watch Commander Arnoldo Gomez, Director Hector Mancha, Chief Juan Quinones, Supervisory Customs and Border Protection Officer Felix Castro, Supervisory Customs and Border Protection Officer Gilberto Arciero, Customs and Border Protection Officer Alicia Portillo, Customs and Border Protection Officer Veronica Perez (Herrera), Customs and Border Protection Officer Juan Lujan, in their individual and official capacities, and the United States of America, by and through their respective counsel, and subject to the approval of the Court, stipulate as follows:

1. All claims presented by the Plaintiff's Complaint shall be dismissed with prejudice as to the Defendants, Chief Michael Brady, Watch Commander Arnoldo Gomez, Director Hector Mancha, Chief Juan Quinones, Supervisory Customs and Border Protection Officer Felix Castro, Supervisory Customs and Border Protection Officer Gilberto Arciero, Customs and Border Protection Officer Alicia Portillo, Customs and Border Protection Officer Veronica Perez (Herrera), Customs and Border Protection Officer Juan Lujan, in their individual

and official capacities, and the United States of America, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. All parties shall pay their own costs.

SIGNED and ENTERED this the _____ day of _____, 2016.

SO ORDERED:

_____
HONORABLE DAVID GUADERRAMA
UNITED STATES DISTRICT JUDGE