UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JANE DOE, | § § | |
| Plaintiff, | § § | |
| v. | § § | EP-13-CV-00406-DCG |
| UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT MICHAEL BRADY, UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT ARNOLDO GOMEZ, UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT HECTOR MANCHA, UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT JUAN QUINONES, UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT FELIX CASTRO, UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT GILBERT ARCIERO, UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT ALICIA PORTILLO, UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT VERONICA HERRERA, UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT JUAN LUJAN, and THE UNITED STATES, | § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING STIPULATION OF DISMISSAL

Presently before the Court is Plaintiff Jane Doe and Defendants Chief Michael Brady, Watch Commander Arnoldo Gomez, Director Hector Mancha, Chief Juan Quinones, Supervisory Customs and Border Protection Officer Felix Castro, Supervisory Customs and Border Protection Officer Gilberto Arciero, Customs and Border Protection Officer Alicia

Portillo, Customs and Border Protection Officer Veronica Herrera, Customs and Border Protection Officer Juan Lujan, in their individual and official capacities, and the United States of America's (collectively "the parties") joint "Stipulation of Dismissal" ("Stipulation") (ECF No. 187), filed on June 13, 2016. Therein, the parties jointly move the Court to dismiss all of Plaintiff's claims with prejudice. *See* Stipulation 1.

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) states that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The dismissal is without prejudice unless "the notice or stipulation states otherwise." Fed. R. Civ. P. 41(a)(1)(B). Here, the parties state that the dismissal is with prejudice. *See* Stipulation 1. Accordingly, the Court **HEREBY ACCEPTS** the joint "Stipulation of Dismissal" (ECF No. 187) filed by the parties.

**IT IS THEREFORE ORDERED** that any and all claims against Defendants Chief Michael Brady, Watch Commander Arnoldo Gomez, Director Hector Mancha, Chief Juan Quinones, Supervisory Customs and Border Protection Officer Felix Castro, Supervisory Customs and Border Protection Officer Gilberto Arciero, Customs and Border Protection Officer Alicia Portillo, Customs and Border Protection Officer Veronica Herrera, Customs and Border Protection Officer Juan Lujan, in their individual and official capacities, and the United States of America are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the **CLERK OF THE COURT** shall **TERMINATE** Defendants Chief Michael Brady, Watch Commander Arnoldo Gomez, Director Hector Mancha, Chief Juan Quinones, Supervisory Customs and Border Protection Officer Felix Castro, Supervisory Customs and Border Protection Officer Gilberto Arciero, Customs and Border Protection Officer Alicia Portillo, Customs and Border Protection Officer Veronica

Herrera, Customs and Border Protection Officer Juan Lujan, and the United States of America from the above–captioned and numbered cause of action.

**IT IS ALSO ORDERED** that each party shall bear its own costs and expenses, unless otherwise agreed.

**IT IS ALSO ORDERED** that any pending motions are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the **CLERK OF THE COURT** shall **CLOSE** this case.

**So ORDERED and SIGNED** this 14th of June, 2016.

DAVID C. GUADERRAMA
**UNITED STATES DISTRICT JUDGE**